Motion Granted; Appeal Dismissed and Memorandum
Opinion filed January 6, 2011.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00731-CV

____________

 

BIJAN ROYAL, INC., Appellant

 

V.

 

HART GALLERIES, INC., F/K/A HART BROTHERS ANTIQUES
GALLERIES AND A/K/A HART GALLERIES, JERRY HART AND WYNONNE HART, Appellees

 



On Appeal from the 113th District Court

Harris County, Texas

Trial Court Cause No. 2006-39347



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 29, 2010.  On December 28, 2010, the
parties filed a motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The
motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Seymore, and
McCally.